IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TRANSBULK CARRIERS, INC., and<br>OSG SHIP MANAGEMENT, INC., | )<br>)<br>) | |
| Plaintiff, | ) | Civil No. 06-1751-JO |
| v. | )<br>) | ORDER OF DISMISSAL |
| JOHN ROE, | )<br>) | |
| Defendant. | ) | |

JONES, Judge:

    Based upon plaintiffs' motion (#6) for voluntary dismissal of this action,

    IT IS ORDERED this action is dismissed with prejudice. Any pending motions are denied as moot.

    DATED this 24th day of April, 2007.

                                                    /s/ Robert E. Jones<br>
                                                  ROBERT E. JONES<br>
                                                  U.S. District Judge